# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DOUGLAS DAYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:16-CV-1781 CEJ |
| | ) |
| RICHARD LISENBEE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's request to reduce his initial partial filing fee from $10.00 to a lower amount because his inmate account has a "$5.00 per month spend limit." Plaintiff states that he has a debt to the inmate revolving fund in the amount of $902.16, as well as other judgments and liabilities in an amount of $947.86. In order to substantiate his debts he has provided the Court with a new copy of his prison account statement in order to show both his debts, as well as his spending limit.

Given the plaintiff's debts and spending limit, the Court will reduce plaintiff's initial partial filing fee to $.50.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reduction of his initial partial filing fee [Doc. #8] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff must pay an initial partial filing fee of $.50 within twenty-one (21) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

Dated this 22nd day of February, 2017.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE